IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 99-11233
Summary Calendar
_____

FRED L. MICHAELIS

Petitioner - Appellant

v.

BARBARA ROLLINS

Respondent - Appellee

--------------------
Appeal from the United States District Court for the
Norther District of Texas, Abilene
(1:99-CV-187)
--------------------
April 7, 2000

Before SMITH, BARKSDALE, and PARKER, Circuit Judges.

Per Curiam [1]:

IT IS ORDERED that appellee's motion to dismiss appeal is DENIED. The judgment of the district court dismissing for want of jurisdiction is AFFIRMED.

_____

[1] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.